IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEVIN M. LIND, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV3251 |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | ORDER |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY. | ) | |
| Defendant. | | |

Plaintiff has submitted a motion to proceed *in forma pauperis*. After reviewing the request, this court waives payment of any fees or posting of any bond and grants plaintiff leave to proceed *in forma pauperis*.

THEREFORE, IT IS ORDERED that plaintiff's motion to proceed *in forma pauperis* is granted.

DATED this 26th day of October, 2006.

BY THE COURT:

S/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief United States District Judge